IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL UTAH, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-0262 |
| | : | |
| LEHIGH VALLEY HOSPITAL, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 11th day of March, 2020, in light of *pro se* Plaintiff Paul Utah's return of a signed Amended Complaint in accordance with this Court's Order dated January 23, 2020 (ECF No. 4); and upon consideration of Plaintiff Paul Utah's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 9) and *pro se* Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. This Court's Order dismissing this case for failure to prosecute (ECF No. 7) is **VACATED**.

2. The Clerk of Court is **DIRECTED** to **REOPEN** this case.

3. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

4. The Amended Complaint is **DEEMED** filed.

5. The Amended Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

6. The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          /s/ Jeffrey L. Schmehl
                                        **JEFFREY L. SCHMEHL, J.**